UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cristi C. Kauffman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael P. Kauffman, Sally M. Colton, Cordell Law, LLC, Trans Union LLC, and TransUnion Interactive, Inc.,<br><br>　　　　　Defendants. | No. CV17-4463-PHX DGC<br><br><br>**ORDER** |

　　　　Pursuant to the Stipulation for Dismissal with Prejudice filed by Plaintiff and Defendants Trans Union LLC and TransUnion Interactive, Inc.  Doc. 65.

　　　　**IT IS ORDERED** that the stipulation for dismissal with prejudice (Doc. 65) is **granted.**  The above-captioned action is dismissed, with prejudice, against Defendants Trans Union LLC and TransUnion Interactive, Inc., only, with each party to bear its own attorneys' fees and costs.  The Clerk of the Court shall terminate Defendants Trans Union LLC and TransUnion Interactive, Inc. as parties in this action and remove its attorneys of record from receiving ECF Notifications.

　　　　Dated this 26th day of June, 2018.

_____
David G. Campbell
United States District Judge